# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2959

_____

DAVID NATHANIEL REESE,

Petitioner,

v.

JAMES UTHMEIER, ATTORNEY
GENERAL, and FLORIDA
DEPARTMENT OF CHILDREN AND
FAMILIES,

Respondents.

_____

Petition for Writ of Mandamus—Original Proceedings.

May 5, 2026

PER CURIAM.

DENIED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

David Nathaniel Reese, pro se, Petitioner.

No appearance for Respondents.